UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND EDWARD CHESTNUT,    :    CIVIL ACTION NO. 3:CV-14-1226
                            :
    Petitioner              :    (Judge Nealon)
                            :
v.                          :
                            :
Warden JEFF THOMAS,         :
                            :
    Respondent              :

FILED:
SCRANTON

DEC - 5 2014

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 5th DAY OF DECEMBER, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus, (Doc. 1), is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

*/s/ William J. Nealon*
**United States District Judge**